FRANCES ANN NEAL v. ARCHIE LEE STEVENS.

(Filed 2 November, 1966.)

APPEAL by plaintiff from *Gwyn, J.,* April 4, 1966 Session, FORSYTH Superior Court.

This civil action involved a claim and counterclaim growing out of a collision between the plaintiff's 1964 Ford which she was driving westwardly on Pilot View Street, and the 1960 Thunderbird which the defendant was driving northwardly on Summit Street, in the City of Winston-Salem.

The jury found defendant was negligent and plaintiff was contributorily negligent. From a judgment on the verdict, the plaintiff appealed.

*Clyde C. Randolph, Jr., for plaintiff appellant.*

*Hudson, Ferrell, Petree, Stockton, Stockton & Robinson by R. M. Stockton, Jr., I. Robert Elster for defendant appellee.*

PER CURIAM. The pleadings are analyzed in the opinion of this Court when the cause was here on a former appeal. *Neal v. Stevens,* 266 N.C. 96, 145 S.E. 2d 325. The evidence on the second trial was not essentially different from that discussed in the former opinion. From sufficient evidence and under a correct charge, the jury found both parties to the accident were negligent. In the judgment in accordance with the verdict, we find

No error.